UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KEITH FAGER,                                                      :
:
:
Plaintiff,                                   :
:   24-CV-4432 (JMF)
-v-                                      :
:   ORDER
:
NATIONAL RAILROAD PASSENGER                                       :
CORPORATION d/b/a AMTRAK et al.,                                  :
:
Defendants.                                  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As the Court observed in its endorsement on the Case Management Plan entered in this case on August 30, 2024, "it appears that Defendant Boingo Wireless, Inc. has answered only the Amended Complaint, not the cross-claim against it set forth in the other Defendants' Answer." *See* ECF No. 28 (citing ECF No. 22). The Court further ordered: "If that is indeed the case, Boingo Wireless, Inc. shall respond to the cross-claim within 21 days of being duly served with its co-Defendants' Answer and cross-claim." *Id.* (citing Fed. R. Civ. P. 12(a)(1)(B)). To date, Boingo Wireless, Inc. has not filed a response to the cross-claim against it.

     Whereas the cross-claim was filed on August 5, 2024, and Boingo Wireless, Inc. appeared in this action on August 21, 2024, it is hereby ORDERED that, **no later than September 20, 2024**, Boingo Wireless shall either (1) file a response to the cross-claim or (2) file a letter informing the Court as to why it does not believe a response is yet due.

     SO ORDERED.

Dated: September 13, 2024
       New York, New York
                                           _____
                                                   JESSE M. FURMAN
                                            United States District Judge