UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KEITH FAGER,                                                     :
:
Plaintiff,                              :
:                  24-CV-4432 (JMF)
-v-                                       :
:                      ORDER
:
NATIONAL RAILROAD PASSENGER                       :
CORPORATION et al.,                                         :
:
Defendants.                             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 30, 2024 Order, ECF No. 28, the parties were required to file a joint letter, the contents of which are described therein, by October 30, 2024. To date, the parties have not filed a letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 6, 2024**.

      SO ORDERED.

Dated: October 31, 2024
       New York, New York
                                                        JESSE M. FURMAN
                                           United States District Judge