# ARMIENTI, DeBELLIS & RHODEN, LLP

### ATTORNEYS AT LAW
170 OLD COUNTRY ROAD, SUITE 607
MINEOLA, NEW YORK 11501-4313
(516) 877-1202
FAX NO. (516) 877-8099

MICHAEL ARMIENTI◊
SILVANA DeBELLIS
HORACE O. RHODEN
VANESSA M. CORCHIA
JAMES J. DUNNING
THOMAS J. REAPE, JR.
CHRISTOPHER M. GRIMALDI

◊NY & FL BARS
□NY & NJ BARS
*NY & CT BARS

KATRINA M. OZOLS□
MERLE SCHRAGER
LORI S. SPIER*
ALEXIS BULLARD
MICHAEL R. TANCREDI
MARISA C. POLITO

**NEW YORK OFFICE:**
61 BROADWAY, SUITE 2000
NEW YORK, NY 10006
(212) 809-7074
FAX NO. (212) 809-7713

**NEW JERSEY OFFICE:**
375 CEDAR LANE
TEANECK, NJ 07666-3432
(201) 222-8588

EMAIL: INFO@ADRLLP.COM

## PLEASE RESPOND TO LONG ISLAND OFFICE

January 17, 2025

**VIA ECF**
Judge Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: Fager v. National Railroad Passenger
> Corporation, et. al.
> Docket No.: 24-CV-4432 (JMF)

Dear Judge Furman:

This correspondence is sent in response to the correspondence forwarded by plaintiff's counsel and is on behalf of all defendants (except for Boingo Wireless, Inc.).

With apologies to the Court and counsel, we wish to advise that we are providing counsel with Amended Responses to Interrogatories with Verification, along with an Affidavit from Amtrak, by Inu Lo, demonstrating it does not have daily timesheets, safety sheets, safety meeting minutes or progress reports related to the wireless project at issue herein.

I believe these responses should obviate the need for a conference at this time.

Thank you for your kind attention and courtesies in this matter.

Very truly yours,
**ARMIENTI, DeBELLIS & RHODEN, LLP**

*Merle Schrager*

By: Merle Schrager, Esq. (MS-8161)

**Keith Fager v. Skanska USA Civil Northeast, Inc., et. al.**
**January 17, 2025**
**Page - 2 –**


cc:  Brett A. Silverberg, Esq. (LAH Law Firm, PLLC) (bsilverberg@lahfirmlawyers.com)
     Judi Abbott Curry, Esq. (Harris Beach Murtha Cullina PLLC)
     JCurry@HarrisBeachMurtha.com)


The Court assumes that this resolves the issues raised in Plaintiff's letter motion.  If it does not, Plaintiff should promptly file a new letter motion.  The Clerk of Court is directed to terminate ECF No. 36 as moot.  SO ORDERED.

January 21, 2025