UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KEITH FAGER, :
:
:
Plaintiff, :
: 24-CV-4432 (JMF)
-v- :
: ORDER
:
NATIONAL RAILROAD PASSENGER :
CORPORATION, et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated during the teleconference held earlier today:

- The deadline for expert discovery is hereby EXTENDED until **June 13, 2025.**

- No later than **June 6, 2025**, the parties shall confer and submit a joint letter proposing a briefing structure and schedule for their respective motions for summary judgment and *Daubert* motions. In addition, the joint letter should discuss the state of the parties' settlement discussions, whether the parties intend to or have gone back to the Court-annexed mediation program, and whether there is anything else the Court can do to facilitate settlement.

SO ORDERED.

Dated: March 21, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge